**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 00-50311

---

GEORGE FARIAS,

Plaintiff-Appellant,

VERSUS

THE CENTER FOR HEALTH CARE SERVICES; RUBEN M. PENA; SONJA M.
BAGGETT; JOHN A. CHILES; DOUGLAS HARLAN; GARY N. LOOPER;
ROBERT VON ROSENBERG; MALCOLM R. HESTER; HARRIET M. HELMLE,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Western District of Texas
SA-99-CV-362-EP

---

March 28, 2001

Before KING, Chief Judge, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

Based on our review of the record and consideration of the briefs of the parties and argument of counsel, we are satisfied that the district court correctly granted summary judgment in favor of defendants. Accordingly, the judgment of the district court is affirmed.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.